# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| LAURELL DAWIN LEWIS | 5:22−cv−00296−JGB−AGR |
| Petitioner(s), | |
| v. | |
| GARLAND | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Respondent(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

## REGARDING:

| 03/14/2022 | 4 | APPEARANCE OF COUNSEL |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

## IT IS HEREBY ORDERED:

The document is stricken and counsel is ordered to file an amended or corrected document by as soon as possible.

Clerk, U.S. District Court

Dated: March 15, 2022

By: /s/ *Karl Lozada*
    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**