UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 22-296-JGB (AGR) | Date | August 1, 2022 |
|---|---|---|---|
| Title | Laurell Dawin Lewis v. Garland | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner | Attorneys Present for Respondent |
|---|---|
| None | None |

**Proceedings:**   In Chambers:   BRIEFING SCHEDULE

On February 16, 2022, Petitioner filed a Petition for Writ of Habeas Corpus by a Person In Federal Custody, ("Petition").  (Dkt. No. 1.)  On May 12, 2022, Respondent filed a Return to Petition.  (Dkt. No. 12.)  On May 23, 2022, Petitioner filed a Reply to Respondent's Response to the Petition.  Dkt. No. 13.  The Petition was taken under submission.

On July 11, 2022, Petitioner filed a motion for expedited relief.  Dkt. No. 14.  On July 25, 2022, Respondent filed an opposition.  (Dkt. No. 15.)

IT IS HEREBY ORDERED that, within 14 days after the date of this order, both parties shall file a supplemental memorandum addressing the impact, if any, of *Johnson v. Arteaga-Martinez*, 142 S. Ct. 1827 (2022) and *Garland v. Aleman Gonzalez*, 142 S. Ct. 2057 (2022) on Petitioner's case and motion.

Each party may file a reply brief within 7 days after service of the supplemental memorandum.

The matter will be taken under submission after the last brief is filed or when the time for filing such brief has lapsed.

Initials of Preparer        kl