# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURELL DAWIN LEWIS<br><br>Petitioner(s),<br><br>v.<br><br>GARLAND<br><br>Respondent(s). | CASE NUMBER:<br><br>5:22−cv−00296−JGB−AGR<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/09/2023 | 23 | RESPONDENT'S RESPONSE TO PETITIONER'S THIRD MOTION TO EXPEDITE |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A proof of service must be filed on or before March 7, 2023

DATED: February 28, 2023

/s/ *Alicia G. Rosenberg*
United States Magistrate Judge