UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-00296 JGB (AGRx)** | Date | July 13, 2023 |
| Title | *Laurell Dawin Lewis v. Merrick B. Garland* | | |

Present: The Honorable  **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| TANISHA CARRILLO | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                                None Present

**Proceedings:**    Minute Order Requesting Status Update

      On June 12, 2023, Petitioner Laurell Dawin Lewis ("Petitioner"), who is detained in immigration custody pursuant to 8 U.S.C. § 1226(c), filed a motion for preliminary injunction seeking a bond hearing. ("Motion," Dkt. No. 42.) On June 16, 2023, Respondent Merrick B. Garland ("Respondent") opposed the Motion. ("Opposition," Dkt. No. 47.) In support of the Opposition, Respondent filed a declaration of Emmanuel D. Juarez ("Juarez"), who is employed as a Deportation Officer with the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"). ("Juarez Decl.," Dkt. No. 47-1, at 1.) Juarez attests that on June 16, 2023, ICE requested that the Executive Office for Immigration Review ("EOIR") schedule a bond hearing for Petitioner. (Id. at 3.) The Court **ORDERS** Respondent to inform the Court no later than **Friday, July 14 at 12:00 p.m.** whether Petitioner's bond hearing has been scheduled, and if so, when it will be. If Petitioner's bond hearing has not yet been scheduled, Respondent shall inform the Court when the government expects the hearing to be scheduled.

**IT IS SO ORDERED.**