UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-0296 JGB (AGRx)** | Date | November 21, 2023 |
| Title | *Laurell Dawin Lewis v. Merrick B. Garland* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause (IN CHAMBERS)

On July 31, 2023, the Court granted Petitioner's motion for preliminary injunction and ordered Respondent to provide Petitioner with an individualized bond hearing within 30 days after entry of the order, or release Petitioner if the government fails to hold the bond hearing. ("Order," Dkt. No. 57.) "At the bond hearing, the government shall justify by clear and convincing evidence Petitioner's continued detention." (Order at 7.) As of this writing, the Respondent has failed to update the Court as to its compliance with the Order. Thus, the Court **ORDERS** the Respondent to provide a status report to the Court regarding its compliance with the Order no later than **December 1, 2023**. Failure to timely or adequately respond to this OSC may result in sanctions.

**IT IS SO ORDERED.**