UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  EDCV 22-296-JGB (AGR)                              Date:  July 12, 2024

Title  Laurell Dawin Lewis v. Garland

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE DISMISSED AS MOOT**

Petitioner filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241.  (Dkt. No. 1.)

On July 31, 2023, the District Court granted Petitioner's motion for preliminary injunction and ordered Respondent to provide Petitioner with an individualized bond hearing or release Petitioner if the government fails to hold a bond hearing.  (Dkt. No. 57.)

On November 28, 2023, Respondent filed a status report.  According to the report, Petitioner received a bond hearing on August 21, 2023 and was released on bond.  (Dkt. No. 59.)  Petitioner did not file a response or otherwise dispute Respondent's representation.

Accordingly, **IT IS ORDERED** that Petitioner show cause, in writing, within 30 days after entry of this order why the Petition for Writ of Habeas Corpus should not be dismissed as moot.  Filing a request for dismissal of this action by the District Judge within 30 days after entry of this order shall discharge this order to show cause.  Failure to file a timely response to this order to show cause may result in dismissal of this action.

**Initials of Preparer**  kl