## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laurell Lewis | **CASE NUMBER** |
| Plaintiff(s) | 5:22-cv-00296-JGB-AGR |
| v. | |
| Merrick Garland et al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other
_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____  _____
*City, State, Zip*        *E-Mail Address*

_____  _____  _____
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Jingni Zhao
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Petitioner Laurell Lewis

is hereby ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated February 24, 2025

*alicia G. Rosenberg*
~~U. S. District Judge/~~U.S. Magistrate Judge