IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LAURELL DAWIN LEWIS, | NO. EDCV 22-00296-JGB (AGR) |
|---|---|
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION AND ISSUING PERMANENT INJUNCTION |
| v. | |
| PAMELA BONDI, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections, and the Response. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that judgment be entered in favor of Petitioner and that the Government is permanently enjoined from detaining Petitioner pursuant to 28 U.S.C. § 1226(c) absent changed circumstances for more than seven days without a bond

hearing at which the Government bears the burden of justifying Petitioner's detention by clear and convincing evidence.

DATED: March 3, 2026

JESUS G. BERNAL
United States District Judge