JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURELL DAWIN LEWIS,<br><br>                      Petitioner,<br><br>      v.<br><br>PAMELA BONDI,<br><br>                      Respondent. | NO. EDCV 22-00296-JGB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is granted and that the Government is permanently enjoined from detaining Petitioner pursuant to 28 U.S.C. § 1226(c) absent changed circumstances for more than seven days without a bond hearing at which the Government bears the burden of justifying Petitioner's detention by clear and convincing evidence.

DATED: March 3, 2026



JESUS G. BERNAL
United States District Judge